## AFFIDAVIT OF KEITH B. HUNTER

\* \* \* \* \* \* \* \* \*

Affiant, being first duly sworn, based upon his personal knowledge and states as follows:

1. My name is Keith B. Hunter I reside at 1420 S. Fourth St. in Louisville, Jefferson County, Kentucky. I am over eighteen years of age and the facts stated herein are true and accurate to the best of my knowledge and belief.

2. I am an attorney at law, in good standing, licensed to practice in the Commonwealth of Kentucky.

3. I have been in private practice since 1994. I am of Counsel to a local law firm. I have also been employed as a part –time prosecutor with the Jefferson County Attorney's Office since 2003.

4. On or about October 1988, I purchased the property at 1420 S. Fourth St., Louisville, Kentucky. The property was in poor condition and it took approximately one (1) year to renovate the same. I moved into the property on or about December 1, 1989. I have lived there since this date.

5. In August 2000, I filed a lawsuit in Jefferson Circuit Court styled 00CI04922 *Hill v. Kentucky Lottery Corporation,* in which I represented the plaintiffs Kimberly and Robert Hill. The case was tried before a jury in December 2002. The jury returned a combined verdict for both plaintiffs in the amount of $4,352,316.00. Judgment was entered for this amount in May 2003 at 12% interest. In August 2002 the court ordered a new trial on damages only. The trial court ordered a retrial based upon what it characterized as errors in the jury instructions. A retrial was conducted in August 2004 in which a Jury awarded combined damages to the plaintiffs in the amount of $252,500.00 at six (6%) interest and attorney fees in the amount of $212,959.87 at twelve (12%) interest since December 2004.

6. The case was appealed to the Kentucky Court of Appeals in January 2005. The Plaintiffs argued that the first judgment should be reinstated as there was no reason to have a retrial. The Defendants argued that the reasons cited for a retrial were valid and that the second trial was correct. The Defendants did not contest liability and conceded the damage award in the second judgment.

7. In September 2006 the Kentucky Court of Appeals affirmed the results of the second trial which awarded the lesser fees and damages.

8. In 2006 the plaintiffs filed a motion for discretionary review with the Kentucky Supreme Court. The purpose of the motion was to seek reinstatement of the judgment entered in May 2003. In May 2008 discretionary review was granted. Briefing on this matter is scheduled to conclude in March 2009.

9. In speaking with the clerk's office of the Kentucky Supreme Court it is anticipated that oral argument will be held in late spring or early summer 2009. Given the current case load it is very likely that a final opinion will be rendered in 2009.

FURTHER AFFIANT SAYETH NAUGHT

KEITH B. HUNTER

STATE OF KENTUCKY            )
                            ) SS
COUNTY OF JEFFERSON          )

Subscribe and sworn to before me by Keith B. Hunter, this 18th day of February, 2008.

My Commission Expires: 2/9/2011

Bonnie M. Brown
Notary Public, State At Large

2