| | |
|---|---|
| NO. 05-CI-06148 | JEFFERSON CIRCUIT COURT |
| | DIVISION SIX (6) |

FILED
2006 JUL 14 P 8:30
JEFFERSON CIR/DIST. CT
CLERK 13

GREGORY J. MEREDITH                                    PLAINTIFF

v.                    **ENTRY OF APPEARANCE**

LOUISVILLE & JEFFERSON COUNTY METROPOLITAN            DEFENDANT
SEWER DISTRICT

\*\* \*\* \*\* \*\* \*\*

Comes, Keith B. Hunter, for the firm of Pedley, Zielke, Gordinier & Pence, PLLC hereby enters his appearance for defendant Louisville and Jefferson County Metropolitan Sewer District.

Respectfully submitted,

Laurence J. Zielke
Nancy J. Schook
Keith B. Hunter
PEDLEY ZIELKE & GORDINIER
2000 Meidinger Tower
Louisville, KY 40202
(502) 589-4600
Counsel for Defendant

-1-

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true copy of the foregoing has been delivered by first class mail this 14th day of July 2006, to:

Ann Christine Bellehelen
ADAMS, HAYWARD & WELSH
4036 Preston Highway
Louisville, KY 40213
Counsel for Plaintiff

_____
Counsel for Defendant