UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| KEITH BRIAN HUNTER | ) | Case No. 08-35576 |
| | ) | Chapter 13 |
| | ) | |
| Debtor | ) | |
| _____ | ) | |

## ORDER

This Court having reviewed the Motion to Dismiss filed by creditor Citizens Union Bank and the debtor Keith Brian Hunter's (the "Debtor") objection to that motion, the Court having considered the arguments of counsel on this issue, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED THAT** the Motion to Dismiss is **OVERRULED**.

Tendered by:

/s/ *Gordon A. Rowe, Jr.*
Gordon A. Rowe, Jr.
Counsel for Debtor
Suite 1430, Starks Building
455 South Fourth Avenue
Louisville, KY 40202
502-584-1300
e-mail:growelaw@bellsouth.net